**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-624**

In Re: SAMUEL HENDERSON, JR.,

Petitioner.

On Petition for Writ of Mandamus.  (CA-96-38-V)

Submitted:  January 23, 1997        Decided:  January 31, 1997

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Samuel Henderson, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel Henderson, Jr., brought this mandamus petition seeking an order directing the district court to render a decision on his motion filed pursuant to 28 U.S.C. § 2255 (1994), amended by Anti-terrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. Subsequently, the district court entered an order granting Henderson's 28 U.S.C. § 2255 motion. Because his mandamus petition is now moot, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid in the decisional process.

PETITION DENIED

2